UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY MICHAEL KING,

            Petitioner,

    v.

THE STATE OF WASHINGTON,

            Respondent.

CASE NO. 3:25-cv-05012-JHC-BAT

**ORDER OF DISMISSAL**

    Having reviewed, *de novo*, the Report and Recommendation (R&R) of the assigned United States Magistrate Judge and the record, the Court finds and ORDERS:

    (1)    Petitioner has not filed any objection to the R&R. The Court agrees with the R&R that the Petition is time barred. Accordingly, the Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice. Issuance of a certificate of appealability is denied.

    (3)    The Clerk shall provide a copy of this Order to Petitioner.

/

/

ORDER OF DISMISSAL - 1

Dated this 3rd day of February, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2